**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **")** | |
| | **)** | **NO. 3:14-00007** |
| **v.** | **)** | **JUDGE SHARP** |
| | **)** | |
| **EDWARD MANOOKIAN[1]** | **)** | |
| **BRIAN MANOOKIAN [2]** | **)** | |
| **KAREN MANOOKIAN [3]** | | |


## O R D E R

I hereby recuse myself in this action. The file shall be returned to the Clerk for

reassignment to another judge.

IT IS SO ORDERED.

_Kevin H. Sharp_
_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE